UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) 14-mj-2173-MBB ) |
| V. | ) ) |
| FERNANDO LNU a/k/a CESAR GONZALEZ, WESLLEY HERNANDEZ, OSVALDO ORTIZ-VENTARA, and KEVIN SANDERSON | ) ) **Filed Under Seal** ) ) ) |

## MOTION TO SEAL

The United States, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves to seal the complaint, arrest warrants, supporting affidavit and all related paperwork filed in the above captioned case, until further order of this Court. As grounds therefore, the government states that the public disclosure of the information contained in said documents could compromise the ongoing investigation or cause targets to flee.

Moreover, the United States respectfully moves, pursuant to General Order 06-05 of the United States District Court for the District of Massachusetts, that the United States be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Leah B. Foley
LEAH B. FOLEY
Assistant United States Attorney

So Ordered:

*Marianne B. Bowler, USMJ*
MARIANNE B. BOWLER
United States Magistrate Judge
Dated:  June 9, 2014