UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | )   14-mj-2173-MBB |
| | ) |
| V. | ) |
| | ) |
| FERNANDO LNU a/k/a CESAR GONZALEZ, | )   **Filed Under Seal** |
| WESLLEY HERNANDEZ, OSVALDO | ) |
| ORTIZ-VENTARA, and | ) |
| KEVIN SANDERSON | |

## MOTION TO UNSEAL

The United States, by and through its attorney, Carmen M. Ortiz, United States Attorney

for the District of Massachusetts, hereby moves to unseal the complaint, arrest warrants,

supporting affidavit and all related paperwork filed in the above captioned case, until further order

of this Court.  As grounds therefore, the government states that three of the four above named

defendants have been arrested and public disclosure of the information contained in said

documents will not compromise the investigation at this time.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     /s/ Leah B. Foley
LEAH B. FOLEY
Assistant United States Attorney

So Ordered:

*Marianne B. Bowler, USMJ*

MARIANNE B. BOWLER
United States Magistrate Judge
Dated:  June 10, 2014