## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 14CR10168- |
| | ) |
| V. | ) VIOLATIONS: |
| | ) |
| (1)  FERNANDO LNU, | ) 21 U.S.C. §846 –  Conspiracy to Possess with |
|     a/k/a CESAR GONZALEZ, | )   Intent to Distribute and to Distribute Heroin |
| | ) |
| (2)  WESLLEY HERNANDEZ, | ) 21 U.S.C. §841 – Distribution of Heroin |
| | ) |
| (3)  OSVALDO ORTIZ-VENTARA, and | ) 18 U.S.C. §2 - Aiding and Abetting |
| | ) |
| (4)  KEVIN SANDERSON, | ) 21 U.S.C. §853 - Drug Criminal Forfeiture Allegation |
|     Defendants. | ) |

## INDICTMENT

**COUNT ONE**:         (21 U.S.C. §846 – Conspiracy to Possess With Intent to Distribute and to Distribute Heroin)

The Grand Jury charges that:

From in or around January 2014, and continuing through in or around June 2014, at Boston, and

elsewhere in the District of Massachusetts, and elsewhere,

> **(1)  FERNANDO LNU, a/k/a CESAR GONZALEZ,**
> **(2)  WESLLEY HERNANDEZ,**
> **(3)  OSVALDO ORTIZ-VENTARA, and**
> **(4)  KEVIN SANDERSON**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each

other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and

to distribute heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §841(a)(1).

All in violation of 21 U.S.C. §846.

1

**COUNT TWO**:        (21 U.S.C. §841(a)(1) – Distribution of Heroin;
18 U.S.C. §2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about January 25, 2014, at Boston, and elsewhere in the District of Massachusetts,

      **(1)  FERNANDO LNU, a/k/a CESAR GONZALEZ,**
      **(2)  WESLLEY HERNANDEZ, and**
      **(4)  KEVIN SANDERSON,**

defendants herein, did knowingly and intentionally distribute heroin, a Schedule I controlled

substance.

All in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2.

**COUNT THREE**:     (21 U.S.C. §841(a)(1) – Distribution of Heroin;
                     18 U.S.C. §2 – Aiding and Abetting)


The Grand Jury further charges that:

On or about April 30, 2014, at Boston, and elsewhere in the District of Massachusetts,

> **(1)  FERNANDO LNU, a/k/a CESAR GONZALEZ and**
> **(3)  OSVALDO ORTIZ-VENTARA,**

defendants herein, did knowingly and intentionally distribute heroin, a Schedule I controlled

substance.

All in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2.

**COUNT FOUR**:      (21 U.S.C. §841(a)(1) – Distribution of Heroin;
                          18 U.S.C. §2 – Aiding and Abetting)


The Grand Jury further charges that:

On or about May 7, 2014, at Boston, and elsewhere in the District of Massachusetts,

        **(1)  FERNANDO LNU, a/k/a CESAR GONZALEZ and**
        **(2)  WESLLEY HERNANDEZ,**

defendants herein, did knowingly and intentionally distribute heroin, a Schedule I controlled

substance.

All in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.      Upon conviction of one or more of the offenses alleged in Counts One through Four

of this Indictment,

> **(1)  FERNANDO LNU, a/k/a CESAR GONZALEZ,**
> **(2)  WESLLEY HERNANDEZ,**
> **(3)  OSVALDO ORTIZ-VENTARA, and**
> **(4)  KEVIN SANDERSON,**

defendants herein, shall forfeit to the United States (jointly and severally as to Count One) pursuant

to 21 U.S.C. §853, any and all property constituting, or derived from, any proceeds the defendants

obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.      If any of the property described in paragraph 1, above, as a result of any act or

omission of the defendants --

> (a)      cannot be located upon the exercise of due diligence;
>
> (b)      has been transferred or sold to, or deposited with, a third party;
>
> (c)      has been placed beyond the jurisdiction of the Court;
>
> (d)      has been substantially diminished in value; or
>
> (e)      has been commingled with other property which cannot be subdivided without
>           difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other

property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. §853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
LEAH B. FOLEY
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS          June 12, 2014

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

6-12-14
12:42 PM

6