JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**Related Case Information:** 14CR10168 -

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  14-mj-2173-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Fernando LNU     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** Cesar Gonzalez

**Address** (City & State) Hyde Park, Massachusetts

**Birth date (Yr only):** 1969    **SSN (last4#):** unknown    **Sex** M    **Race:** Hispanic    **Nationality:** Dominican

**Defense Counsel if known:** Otto Santana     **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Leah Foley     **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** June 10, 2014

☑ Already in Federal Custody as of   June 10, 2014   in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 12, 2014     **Signature of AUSA:** *Leah Foley*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Fernando LNU a/k/a Cesar Gonzalez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | conspiracy to distribute heroin | 1 |
| Set 2 | 21 U.S.C. §841 | distribution of heroin | 2, 3, 4 |
| Set 3 | 21 U.S.C. §853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. II   Investigating Agency: FBI

**City:** Boston

**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 14-mj-2173-MBB
- Search Warrant Case Number: _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Weslley Hernandez    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): Dorchester, Massachusetts

Birth date (Yr only): 1988   SSN (last4#): 6379   Sex: M   Race: Hispanic   Nationality: Unknown

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Leah Foley   Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 12, 2014   Signature of AUSA: /s/ Leah Foley

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Weslley Hernandez

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | conspiracy to distribute heroin | 1 |
| Set 2 | 21 U.S.C. §841 | distribution of heroin | 2, 4 |
| Set 3 | 21 U.S.C. §853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Category No. **II**    Investigating Agency **FBI**

City **Boston**

County **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **14-mj-2173-MBB**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Osvaldo Ortiz-Ventara**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): **Dorchester, Massachusetts**

Birth date (Yr only): **1990**  SSN (last4#): **unknown**  Sex **M**  Race: **Hispanic**  Nationality: **Unknown**

Defense Counsel if known: **James Cipoletta**   Address _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Leah Foley**   Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: **Spanish**

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date **June 10, 2014**

☑ Already in Federal Custody as of **June 10, 2014** in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **June 12, 2014**    Signature of AUSA: *[signature]*

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Osvaldo Ortiz-Ventara

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | conspiracy to distribute heroin | 1 |
| Set 2 | 21 U.S.C. §841 | distribution of heroin | 3 |
| Set 3 | 21 U.S.C. §853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   14-mj-2173-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Kevin Sanderson   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   (City & State)   Quincy, Massachusetts

Birth date (Yr only): 1985   SSN (last4#): 1079   Sex M   Race: White   Nationality: American

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Leah Foley   Bar Number if applicable _____

Interpreter:   ☑ Yes ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

Matter to be SEALED:   ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 12, 2014   Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Kevin Sanderson

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | conspiracy to distribute heroin | 1 |
| Set 2 | 21 U.S.C. §841 | distribution of heroin | 2 |
| Set 3 | 21 U.S.C. §853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011